# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CRIMINAL ACTION FILE NO. 7:06-CR-20 (HL) |
| LEROY BARNES, and RODERICK ANTHONY BAISDEN, | |
| Defendants. | |

## ORDER REDUCING BOND

The above named defendants appeared initially on April 13, 2007. At that time pre-trial release conditions were determined and both defendants' bonds were set at FIFTEEN THOUSAND and NO/100 DOLLARS secured by a cash deposit of TEN PERCENT of that amount ($1,500.00 for each defendant).

Due to the inability of either defendant to pay the required security, the court reconsidered their bond on May 8, 2007. As the result of this reconsideration bond for EACH DEFENDANT is hereby lowered to TEN THOUSAND and NO/100 DOLLARS secured by a cash deposit of TEN PERCENT of that amount ($1,000.00 for each defendant).

All conditions of pre-trial release for each defendant established in the orders of this court on April 13, 2007, remain in full force and effect.

SO ORDERED, this 10th day of May 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE